UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHNNIE WILLIAMS JR,

  Plaintiff,                                    CASE NO.:  2:17-cv-02052-JTF-cgc

-vs-

CONN APPLIANCES INC.,

  Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, the Plaintiff, JOHNNIE WILLIAMS, JR., by and through his undersigned attorney, and hereby gives Notice to the Court of a Retail Installment Sales Contract ("RISC"), which contains an arbitration provision which governs the matters at issue in this action. Pursuant to that RISC, the parties are to submit to binding non-judicial arbitration upon demand by either party.  The parties have agreed to arbitrate this matter, and therefore Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice, of the above captioned matter.

Dated: March 3, 2017

                                                           */s/ Shaughn C. Hill*
                                                           SHAUGHN C. HILL, ESQUIRE
                                                           Florida Bar No.: 105998
                                                           MORGAN & MORGAN, TAMPA, P.A.
                                                           One Tampa City Center
                                                           201 N. Franklin Street, Suite 700
                                                           Tampa, FL 33602
                                                           Telephone:  (813) 223-5505
                                                           Facsimile:  (813) 223-5402
                                                           Primary: SHill@ForThePeople.com
                                                           Secondary: LCrouch@ForThePeople.com
                                                           *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of March, 2017, the foregoing was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

*/s/ Shaughn C. Hill*
SHAUGHN HILL, ESQUIRE
Florida Bar No.: 105998