IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHNNIE WILLIAMS, JR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CONN APPLIANCES, INC., )<br>)<br>Defendant. ) | Case No. 2:17-cv-02052-JTF-cgc |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Johnnie Williams, Jr.'s Notice of Voluntary Dismissal without Prejudice filed on March 3, 2017.  (ECF No. 10).  The Court, being duly advised, finds that this matter is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED** this 3rd day of March, 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
United States District Judge