UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JOHNNIE WILLIAMS, JR,**

    Plaintiff,

v.                                            Case No. 2:17-cv-02052-JTF-cgc

**CONN APPLIANCES, INC.,**

    Defendant.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court.   The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order entered by this Court on March 3, 2017.   (ECF No. 11).

## APPROVED:

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.                                   THOMAS M. GOULD
United States District Judge                             CLERK

    March 3, 2017                                           s/Jerrick D. Murrell
       DATE                                                 (By) LAW CLERK