**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | | |
|---|---|---|
| **JOHNNIE WILLIAMS, JR.,** | § § § | |
| **Plaintiff,** | § | |
| v. | § § | CASE NO. 2:17-cv-02052-MSN-cgc |
| **CONN APPLIANCES, INC.** | § § § | |
| **Defendant.** | § | |

## STIPULATION OF DISMISSAL

Johnnie Williams, Jr. ("Plaintiff") and Conn Appliances, Inc. ("Defendant") (Plaintiff and Defendant collective the "Parties") stipulate as follows:

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii) the Parties stipulate to the dismissal of this entire action **with prejudice**. This dismissal shall include any and all pending applications, motions, issues, claims, and requests for relief of any kind.

This stipulation of dismissal disposes of this entire action.

- *Signatures on Following Page -*

1

| | |
|---|---|
| By:   */s/ FRANK H. KERNEY, III*<br>FRANK H. KERNEY, III<br>(FBN 88672)<br>MORGAN & MORGAN, TAMPA, P.A.<br>201 North Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Phone: (813) 577-4729<br>fkerney@forthepeople.com<br>jkneeland@forthepeople.com<br><br>**ATTORNEY-IN-CHARGE FOR PLAINTIFF**<br><br>*(Signed by Robert A. Luskin with express permission)* | /s/ *ROBERT A. LUSKIN*<br>ROBERT A. LUSKIN<br>Tennessee Bar No. 027735<br>rluskin@gmlj.com<br>GOODMAN MCGUFFEY LLP 3340<br>Peachtree Road, NE , Suite 2100<br>Atlanta, GA  30326-1084<br>Phone: 404-264-1500<br>FAX:  404-264-1737<br><br>Michael A. Harvey [TX 00797164]<br>Christopher M. Jordan [TX 24087817]<br>MUNSCH HARDT KOPF & HARR, P.C.<br>700 MILAM, STE. 2700<br>HOUSTON, TEXAS 77002<br>Email: mharvey@munsch.com<br>E-mail: cjordan@munsch.com<br>Phone: (713) 222-1470<br> FAX: (713) 222-1475<br><br>**COUNSEL FOR DEFENDANT CONN APPLIANCES, INC.** |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 24, 2019, a true and correct copy of the foregoing **Stipulation of Dismissal with the proposed order** was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure.

/s/ *ROBERT A. LUSKIN*
ROBERT A. LUSKIN